UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KWOK FUNG CHEUNG,

      Petitioner,

                                                                       Case No. 1:08-cv-1049

v.

                                                                         HONORABLE PAUL L. MALONEY

MICHAEL B. MUKASEY, et al.,

      Respondents.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation (Dkt. #8) filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

      ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

      **THEREFORE, IT IS ORDERED** that the habeas corpus petition (Dkt. #1) is **DENIED without prejudice** for the reasons stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

      **This action is terminated.**

Date:  April 3, 2009                                                      /s/ Paul L. Maloney_____
                                                                                    Paul L. Maloney
                                                                                    Chief United States District Judge